# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY THELUSMA,<br><br>　　　　Petitioners,<br><br>　　v.<br><br>WARDEN OF THE GOLDEN STATE<br>ANNEX DETENTION FACILITY, et al.,<br><br>　　　　Respondents. | Case No. 1:26-cv-01443-JLT-EPG-HC<br><br>ORDER MODIFYING BRIEFING<br>SCHEDULE |

Petitioner is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 20, 2026, the undersigned set a briefing schedule, with Respondents' response to the petition due within fourteen days and Petitioner's reply due within fourteen days thereafter. (ECF No. 8.) On March 6, 2026, Respondents filed an answer. (ECF Noo. 10.)

On April 6, 2026, Petitioner filed a motion for temporary restraining order ("TRO"). (ECF No. 12.) On April 7, 2026, the assigned district judge denied the motion for TRO as untimely and set a briefing schedule, "which may be modified by the magistrate judge as needed," with a responsive pleading due within twenty-one days and a traverse due within seven days after Respondents' response. (ECF No. 13.)

///

///

As Respondents already have filed a responsive pleading, the undersigned will modify the district judge's briefing schedule. Accordingly, within seven (7) days of the date of service of this order, Petitioner MAY FILE a traverse. If no traverse is filed, the petition and answer are deemed submitted at the expiration of the seven days.

IT IS SO ORDERED.

Dated:   **April 7, 2026**                         /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

2